

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00650-CV

**EX PARTE** Michael **KING**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-19509
Honorable Renée Yanta, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  January 4, 2017

REVERSED AND REMANDED

Appellant Texas Department of Public Safety and Appellee Michael King have filed a Joint Motion to Reverse and Remand Cause, requesting that this Court reverse the order of expunction signed by the trial court and remand the cause to the trial court for a new hearing on appellee's petition for expunction. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion, reverse the trial court's order of expunction, and remand the cause to the trial court for a new hearing on appellee's petition for expunction. Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM